■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HARMON, Appellant. [891 NYS2d 301]

Concur—Mazzarelli, J.P., Catterson, Moskowitz, Richter and Manzanet-Daniels, JJ.